# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERIC KOHLI,

        Plaintiff,

vs.

AJAY G. DAYAL, *et al.*,

        Defendant.

2:20-cv-00538-GMN-VCF

**ORDER**

Before the court is *Eric Kohli v. Ajay G. Dayal, et al.*, case number 2:20-cv-00538-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before June 25, 2020.

DATED this 11th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE