**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ERIC KOHLI,

        Plaintiff,

vs.

AJAY G. DAYAL, *et al.*,

        Defendant.

2:20-cv-00538-GMN-VCF

**ORDER**

Before the court are the following motions; Motion to Compel (ECF No. 28), Motion for Order to Show Cause (ECF No. 29), Motion to Stay Discovery (ECF No. 30), and Motion for Protective Order (ECF No. 32), and Countermotion for Attorney Discipline and Sanctions (ECF NO. 35).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the Motion to Compel (ECF No. 28), Motion for Order to Show Cause (ECF No. 29), Motion to Stay Discovery (ECF No. 30), and Motion for Protective Order (ECF No. 32), and Countermotion for Attorney Discipline and Sanctions (ECF NO. 35), is scheduled for 1:00 PM, December 21, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, December 18, 2020.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

1 • State your name prior to speaking for the record.

2 • Do not have others in the video screen or moving in the background.

3 • No recording of the hearing.

4 • No forwarding of any video conference invitations.

5 • Unauthorized users on the video conference will be removed.

6

7 DATED this 12th day of November, 2020.

8 _____
CAM FERENBACH
9 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25