# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERIC KOHLI,

              Plaintiff(s),

v.

AJAY G. DAYAL, QUANTIFIED INVESTMENT GROUP LLC, QUANTIFIED CAPITAL GROUP, LLC, PACIFIC BAY LENDING GROUP, MISS ELEGANT EXPO,

              Defendant(s).

2:20-cv-00538-GMN-VCF

**ORDER**

Before me is *Eric Kohli v. Ajay G. Dayal, et al.*, case number 2:20-cv-00538-GMN-VCF.

On February 11, 2022, I set a settlement conference for 10:00 AM, March 25, 2022, and ordered that confidential settlement conference statement due to chambers by 4:00 PM, March 18, 2022. (ECF No. 83). No settlement statements were received by chambers on March 25, 2022. My chambers called both parties on Monday morning, March 21, 2022, and both parties were given extensions to March 22, 2022, to submit confidential settlement conference statement to chambers. I have received Mr. Kohli's confidential settlement statement. No confidential settlement conference statement has been received from defendants.

Accordingly,

I ORDER that the settlement conference set for 10:00 AM, March 25, 2022, is VACATED.

I FURTHER ORDER that an in-person status hearing is scheduled for 10:00 AM, March 25, 2022.

DATED this 23rd day of March 2022.

                                                           _____

                                                           CAM FERENBACH
                                                           UNITED STATES MAGISTRATE JUDGE