# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ERIC KOHLI,<br><br>                     Plaintiffs,<br><br>v.<br><br>AJAY G. DAYAL, QUANTIFIED INVESTMENT GROUP LLC, QUANTIFIED CAPITAL GROUP, LLC, PACIFIC BAY LENDING GROUP, MISS ELEGANT EXPO,<br><br>                     Defendants. | 2:20-cv -00538-GMN-VCF<br><br>**ORDER** |

    This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

    IT IS SO ORDERED.

    DATED this 26th day of April 2022.

                                                      _____
                                                      CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE