# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI, <br><br>         Plaintiff(s), <br><br> v. <br><br> AJAY G. DAYAL, et al., <br><br>         Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK <br><br> **Order** <br><br> [Docket No. 96] |

Pending before the Court is a motion for attorney Brandon Phillips to withdraw as counsel for Defendants. Docket No. 96. Plaintiff filed a response in opposition. Docket No. 98. Attorney Phillips filed a reply. Docket No. 100. The Court hereby **SETS** this motion for a hearing at 2:00 p.m. on January 17, 2023, in Courtroom 3C. **Defendant Ajay G. Dayal must appear at this hearing in person and the corporate defendants must also appear at the hearing in person through a corporate representative.**[1] **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Attorney Brandon must promptly provide Defendants with a copy of this order and must file a proof of service by December 22, 2022.

IT IS SO ORDERED.

Dated: December 14, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court reminds the parties that corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).