# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AJAY G. DAYAL, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-0538-CDS-NJK<br><br>**Order**<br><br>[Docket No. 105] |

Pending before the Court is Plaintiff's motion to extend the deadline to file a renewed motion for sanctions. Docket No. 105. For good cause shown, the motion to extend is **GRANTED** and the deadline to file the renewed motion for sanctions is **EXTENDED** to March 14, 2023.

IT IS SO ORDERED.

Dated: January 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1