# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERIC KOHLI,

     Plaintiff(s),

v.

AJAY G. DAYAL, et al.,

     Defendant(s).

Case No. 2:20-cv-00538-CDS-NJK

**Order**

On December 14, 2022, the Court ordered Defendants to appear at the hearing set for January 17, 2023, on Defendants' attorney's motion to withdraw as counsel. Docket No. 102. The withdrawing attorney provided notice of that order to Defendants by both email and mail. Docket No. 104. On January 17, 2023, Defendants failed to appear at that hearing. *See* Docket No. 107.[1] The Court hereby **ADMONISHES** all Defendants for violating a clear order and **CAUTIONS** Defendants that they must strictly comply with all orders moving forward. **FAILURE TO COMPLY WITH ORDERS MOVING FORWARD MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Clerk's Office is **INSTRUCTED** to send this order to Defendants at both of the physical addresses on the docket, as well as at the email address provided for Defendant Dayal.

IT IS SO ORDERED.

Dated: January 17, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

[1] To be clear, withdrawing defense counsel did appear, but his clients did not.

1