UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC KOHLI,

    Plaintiff(s),

v.

AJAY DAYAL, et al.,

    Defendant(s).

Case No. 2:20-cv-00538-CDS-NJK

**Corrected Order**

On January 17, 2023, the Court granted the motion to withdraw as defense counsel. Docket No. 107. Defendant Dayal has now filed a letter indicating that he will proceed *pro se*. Docket No. 116. Defendant Dayal is advised that he must familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court, as he must comply with these rules despite his lack of counsel. *E.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012).[1] <u>Failure to comply with the governing rules may result in the imposition of sanctions, up to and including case-dispositive sanctions</u>.

The Clerk's Office is **INSTRUCTED** to update the docket to reflect Defendant Dayal's address as stated at Docket No. 116.

IT IS SO ORDERED.

Dated: February 17, 2023

                                                      Nancy J. Koppe
United States Magistrate Judge

---

[1] A party may not file letters with the Court; filings must instead be styled as motions, stipulations, or notices. *See, e.g.*, Local Rule IA 7-1(b).