UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br>  Plaintiff(s),<br>v.<br>AJAY DAYAL, et al.,<br>  Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK<br><br>**Order**<br><br>[Docket No. 118] |

  On January 17, 2023, the Court granted the motion to withdraw as defense counsel. Docket No. 107. The corporate defendants having not complied with the requirement to obtain counsel, the Court issued an order to show cause. Docket No. 118. The Court has now received a letter filed by Attorney Jessica Parra on Defendants' behalf. Docket No. 119.

  Attorney Parra's letter is completely improper. First, it includes snarky linguistic fripperies accusing Plaintiff of wrongdoing and lambasting the merits of his case. Docket No. 119 at 1. Such attacks have no relevance to the matter at bar regarding Defendants obtaining counsel. Such attacks are contrary to the oath taken in becoming an attorney barred in Nevada, as well as the rules of this courthouse that require professionalism and civility. *See, e.g.*, Local Rule 1(c). Second, as has already been explained in these proceedings, relief in this courthouse cannot be sought by way of a letter. Local Rule IA 7-1(b); *see also* Docket No. 117 at 1 n.1 ("A party may not file letters with the Court; filings must instead be styled as motions, stipulations, or notices"). Although Attorney Parra's filing seeks an extension of time for Defendants to retain counsel, *see* Docket No. 119 at 1, it was not filed as a motion. The Court expects all attorneys, including those who do not regularly practice here, to learn and comply with the governing rules. *Dela Rosa v. Scottsdale Mem. Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998).

Attorney Parra is hereby **ADMONISHED** for her inappropriate filing. If Attorney Parra files a notice of appearance in this case, she must file concurrently therewith a declaration that she has read the Creed of Professionalism and Civility that was recently issued by the state bar.[1] In addition, Attorney Parra must familiarize herself with the Court's local rules prior to entering a notice of appearance.

The deadline for the corporate defendants to respond to the order to show cause (Docket No. 118) is **EXTENDED** to March 24, 2023.

IT IS SO ORDERED.

Dated: March 7, 2023

                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge

---

[1] This creed can be found at: //nvbar.org/for-lawyers/ethics-discipline/creed-of-professionalism-and-civility/.