# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC KOHLI,

    Plaintiff(s),

v.

AJAY DAYAL, et al.,

    Defendant(s).

Case No. 2:20-cv-00538-CDS-NJK

**Order**

    The deadline to file a joint proposed pretrial order has expired. *See* Docket No. 95 (denying summary judgment); *see also* Local Rule 26-1(b)(5). The parties are **ORDERED** to file a joint proposed pretrial order by August 28, 2023.

    IT IS SO ORDERED.

    Dated: July 28, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge