# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br><br>    Plaintiff(s),<br><br>v.<br><br>AJAY DAYAL, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 118, 133] |

    Pending before the Court is an order for Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC to show cause arising out of the requirement that corporate entities can proceed in federal court only with licensed counsel. Docket No. 118 (citing *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993)).[1] Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC filed a response. Docket No. 129. Plaintiff filed a motion for leave to respond, attaching a proposed opposition. Docket No. 133.[2]

    The most recent deadline to retain counsel was set for May 5, 2023, Docket No. 125, and licensed counsel appeared for these two corporate entities on that date, Docket No. 126. Accordingly, the Court **DISCHARGES** the order to show cause as it relates to Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC. Counsel for Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC must immediately

---

[1] The order to show cause is also addressed to Pacific Bay Lending Group and Miss Elegant Expo. *See* Docket No. 118. The Court addresses that aspect of the order to show cause in a report and recommendation issued concurrently herewith.

[2] Plaintiff's motion for leave is **GRANTED**. The Court has considered herein the substance of the proposed opposition. Docket No. 133-1.

familiarize himself with the local rules of this District and must ensure that his future filings conform to those rules.

IT IS SO ORDERED.

Dated: July 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge