**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Kohli,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Ajay G. Dayal *et al.*,<br><br>　　　　Defendants | Case No.: 2:20-cv-00538-CDS-NJK<br><br>**Order Granting Plaintiff's Motion for Extension of Time to File a Motion for Default Judgment**<br><br>[ECF No. 142] |

Upon plaintiff's request for an extension of time for filing a motion for default judgment, having reviewed the motion, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for plaintiff to file a motion for default judgment is extended to October 18, 2023.

DATED: September 11, 2023

_____
Cristina D. Silva
United States District Judge