# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br>　　　Plaintiff(s),<br>v.<br>AJAY G. DAYAL, et al.,<br>　　　Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK<br>**Order**<br>[Docket No. 160] |

Pending before the Court is Hutchison & Steffen's motion to withdraw as counsel for Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC. Docket No. 160. For good cause shown, that motion to withdraw is **GRANTED**. Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC are **ORDERED** to retain new counsel, *see, e.g.*, *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993), and have that new counsel file a notice of appearance in this case by May 22, 2024. **Failure to comply with this order may result in case-dispositive sanctions.**

The Clerk's Office is **INSTRUCTED** to update the contact information for Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC as stated at Docket No. 160 at 5.

IT IS SO ORDERED.

Dated: April 22, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1