# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br>    Plaintiff(s),<br>v.<br>AJAY G. DAYAL, et al.,<br>    Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK<br><br>**Order** |

Defendants Ajay Dayal, Quantified Investment Group, LLC, and Quantified Capital Group, LLC have failed to update their address. *See* Docket No. 168 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Defendants are hereby **ORDERED** to file a notice of changed address by May 22, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: May 2, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge