# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC KOHLI,<br>　　　Plaintiff(s),<br>v.<br>AJAY G. DAYAL, et al.,<br>　　　Defendant(s). | Case No. 2:20-cv-00538-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

On April 22, 2024, the Court ordered Defendants Quantified Investment Group, LLC and Quantified Capital Group, LLC to retain an attorney and have that attorney enter an appearance by May 22, 2024. Docket No. 168. The Court warned that failure to comply may result in case-dispositive sanctions. *Id.* at 1. On May 2, 2024, the Court ordered Defendants Ajay Dayal, Quantified Investment Group, LLC, and Quantified Capital Group, LLC to file a notice of changed address by May 22, 2024. Docket No. 170. The Court warned that failure to comply may result in case-dispositive sanctions. *Id.* at 1. Defendants violated both of these orders. On June 12, 2024, the Court ordered Defendants to show cause in writing by June 26, 2024, why case-dispositive sanctions should not be imposed against them. Docket No. 172. Defendants did not respond.

Defendants have disobeyed the local rules and the Court's orders, which are abusive litigation practices that have interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Defendants have refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed. Moreover, the Court is unable to contact Defendants to threaten them with a lesser sanction because an "order to show cause why dismissal was not warranted or an order imposing sanctions would only find itself taking a round trip tour through the United States mail." *Carey v. King*, 856 F.2d 1439, 1441

1

(9th Cir. 1988). Entry of default judgment is warranted in the circumstances. *See, e.g.*, Local Rule IA 3-1 (entry of default judgment may result from failing to update address); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (entry of default judgment is "perfectly appropriate" for a corporation's failure to retain an attorney).

Accordingly, the undersigned **RECOMMENDS** that default judgment be entered against Defendants Ajay Dayal, Quantified Investment Group, LLC, and Quantified Capital Group, LLC.

Dated: July 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).