UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eric Kohli,<br><br>　　　　Plaintiff<br><br>v.<br><br>Ajay G. Dayal, et al.,<br><br>　　　　Defendants | Case No. 2:20-cv-00538-CDS-NJK<br><br>**Order Setting Briefing Schedule and Resetting Status Hearing** |

　　　　On November 29, 2024, defendant Ajay Dayal filed a motion for mistrial. ECF No. 223. Having reviewed the motion, the court liberally construes the filing as a motion for judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure. Plaintiff Eric Kohli is hereby directed to respond to Dayal's Rule 50 motion on or before the December 13, 2024, deadline. Although a reply is typically due seven days after a response, the court requires an expedited timeline here. Therefore, the deadline for Dayal's reply is set for four days after the response is filed. Further, the status hearing previously set for December 12, 2024 is hereby continued to December 18, 2024 at 11:30 a.m. so that the motion can be fully briefed.

　　　　Dated: December 5, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　United States District Judge