UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eric Kohli,<br><br>           Plaintiff<br><br>v.<br><br>Ajay G. Dayal, et al.,<br><br>           Defendants | Case No. 2:20-cv-00538-CDS-NJK<br><br>**Order Directing Plaintiff to File Renewed Motions for Default Judgment against Quantified Investment Group, LLC, Pacific Bay Lending Group, and Miss Elegant Expo** |

       This employment and breach of contract action was brought by plaintiff Eric Kohli, a lawyer who represented himself pro se, against defendant Ajay Dayal, Quantified Investment Group, LLC, Pacific Bay Lending Group, and Miss Elegant Expo, for failure to pay Kohli for work he performed as part of an employment contract. *See generally* First am. compl. (FAC), ECF No. 17. The case proceeded to a four-day jury trial against Dayal only in November 2024. At the conclusion of trial, the jury found in favor of Kohli on his breach of contract, unjust enrichment, fraud, fair labor standards act, and Nevada wage claims for relief. *See* Verdict, ECF No. 233.

       Before trial, Kohli filed a motion for default judgment against all defendants, which I denied without prejudice. Order denying default, ECF No. 203. Therein, I explained that after weighing the *Eitel* factors and applying the *Frow* doctrine I declined to enter default judgment. *Id.* As the jury has now returned a verdict against Dayal, there is no need to enter default against him. However, Kohli still seeks a judgment against all defendants "jointly and severally." *See* ECF No. 17. Thus, the court issues this order directing Kohli to file a renewed motion for default judgment if he is still seeking that relief against Quantified Investment Group LLC, Pacific Bay Lending Group, and Miss Elegant Expo. If he is, Kohli must file a new motion for default judgment addressing each of the *Eitel* factors.

IT IS HEREBY ORDERED that if Kohli is still seeking default judgment against these companies, he must file renewed motions for default judgment against defendants Quantified Investments LLC, Pacific Bay Lending Group, and Miss Elegant Expo on or before February 10, 2025. Any opposition to the motion will be due within fourteen days of the motion being filed.

IT IS FURTHER ORDERED that if Kohli is no longer seeking default judgment against any one of these companies, he must file notice with the court by February 10, 2025.

Dated: January 27, 2025

_____
Cristina D. Silva
United States District Judge