AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Eric Kohli,

        Plaintiff,

v.

Ajay G Dayal et al.,

        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00538-CDS-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT is entered against Quantified Capital Group, LLC and Quantified Investment Group, LLC for damages in the amount of $60,000 for the breach of contract claim, $30,000 for compensatory damages, and $90,000 in punitive damages, to paid jointly and severally with Ajay Dayal.

05/20/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk