Dan R. Waite (NV Bar No. 4078)
Dan.Waite@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Plaintiff Eric Kohli, specially appearing for the limited purpose of responding to the OSC*



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eric Kohli,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ajay G. Dayal, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00538-CDS-NJK<br><br>**MOTION TO REMOVE DAN WAITE AND WOMBLE BOND DICKINSON (US) LLP FROM CM/ECF E-FILING SERVICE LIST** |

　　　Dan R. Waite, Esq., and Womble Bond Dickinson (US) LLP (collectively, "WBD") respectfully request to be removed from the electronic service list in this action.

　　　On January 29, 2025, WBD filed a Notice of Limited Appearance [ECF No. 243] to represent and defend Plaintiff Eric Kohli in response to this Court's January 17, 2025, order to show cause [ECF No. 238]. The scope of WBD's limited appearance concluded with this Court's order issued on May 19, 2025 [ECF No. 247].

////
////
////
////
////
////
////

127295647.1

Therefore, Dan R. Waite, Esq. and the law firm of Womble Bond Dickinson (US), LLP respectfully request to be removed from the Court's CM/ECF service list in the above-entitled case.

DATED this 20th day of May, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Dan R. Waite
Dan R. Waite, Bar No. 4078
Dan.Waite@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200

*Attorneys for Plaintiff Eric Kohli, specially appearing for the limited purpose of responding to the OSC*

Dated: May 21, 2025

IT IS SO ORDERED

_____
United States Magistrate Judge

127295647.1

- 2 -