UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eric Kohli, | Case No. 2:20-cv-00538-CDS-NJK |
| Plaintiff | **Acknowledgement of Notice of Compliance** |
| v. | |
| Ajay G. Dayal, et al., | [ECF No. 256] |
| Defendants | |

This now-closed action was brought by plaintiff Eric Kohli, a lawyer representing himself pro se, for the payment of money allegedly owed due to performance of an employment contract. Kohli sued defendants Ajay G. Dayal, Quantified Investment Group LLC, Quantified Capital Group, Pacific Bay Lending Group, and Miss Elegant Expo for their refusal to pay Kohli's salary and wages after he performed two months' work for them and was not paid. *See generally* First am. compl., ECF No. 17. After a four-day jury trial, on December 18, 2024, the jury returned a verdict in favor of Kohli. Verdict, ECF No. 233. Following the trial, I issued an order to show cause against Kohli. Order, ECF No. 238. After considering Kohli's response to the show-cause order, I discharged it and issued a sanctions order. ECF No. 247. In full compliance with the sanctions order, Kohli filed a notice of compliance. Notice, ECF No. 256. The court appreciates Kohli's compliance and the fulsome explanations set forth in his notice. This matter remains closed.

Dated: November 19, 2025

_____
Cristina D. Silva
United States District Judge